**Roberta COSGROVE; Connie Cosgrove, Plaintiffs–Appellants**

**v.**

**CITY OF PLANO, TEXAS, Defendant–Appellee.**

**No. 15–40916 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 8, 2015.

Roberta Cosgrove, Plano, TX, pro se.

Connie Cosgrove, Plano, TX, pro se.

Paul King Pearce, Jr., Matthews, Shiels, Pearce, Knott, Eden & Davis, L.L.P., Dallas, TX, Timothy Allen Dunn, City Attorney's Office, Plano, TX, for Defendant–Appellee.

---

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the following reasons.

Plaintiffs have not identified any due process right violated by the City. No objection is made to the No. 2012–8–16 ordinance itself. It limits to eight children the number cared for by the Plaintiffs. They were not entitled to care for 12 children because they had no permit. The City Council denied further action because "more than eight is simply too many." The judgment of the district judge, based upon the explanations of the magistrate judge, is correct. Any pending motions are denied.

AFFIRMED.